## Hazel Dorval, Appellee, v. Guarantee Trust Life Insurance Company, Appellant.

### Gen. No. 41,288.

opinion filed January 22, 1941. Meyer A. Ginsburg, for appellant; McKinley, Price & Quindry, for appellee; William McKinley and Paul E. Price, of counsel. Opinion by PRESIDING JUSTICE HEBEL. ''Not to be published in full.''

## Soft-Lite Lens Company, Inc., Appellee, v. Benjamin D. Ritholz et al., Appellants.

### Gen. No. 41,299.

opinion filed January 22, 1941; rehearing denied February 5, 1941. Clarence T. Morse, Benjamin D. Ritholz and Max E. Stein, for appellants; Mayer, Altheimer & Kabaker, for appellee; Herman A. Kabaker and Richard H. Deutsch, of counsel. Opinion by PRESIDING JUSTICE Hebel. ''Not to be published in full.''